# NO. 12-23-00150-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *PHYLLIS MARTIN,*<br>*APPELLANT* | § | *APPEAL FROM THE 402ND* |
| | § | *DISTRICT COURT* |
| *V.* | | |
| | § | *WOOD COUNTY, TEXAS* |
| *MARVIN STROMBERG, DDS AND*<br>*LAKE VIEW DENTAL CENTER,*<br>*APPELLEES* | | |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Phyllis Martin, filed an unopposed motion to dismiss this appeal. The motion states that the parties reached a mutual agreement. Accordingly, the motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered June 30, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 30, 2023**

**NO. 12-23-00150-CV**

**PHYLLIS MARTIN,**
Appellant
V.
**MARVIN STROMBERG, DDS AND LAKE VIEW DENTAL CENTER,**
Appellees

Appeal from the 402nd District Court
of Wood County, Texas (Tr.Ct.No. 2019-292)

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*